NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSATLANTIC LINES, LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5130

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00689-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

TransAtlantic Lines, LLC submits a motion to enjoin, pending this appeal, the United States from permitting Schuyler Line Navigation Company, LLC to commence performance of the disputed contract.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                                TRANSATLANTIC LINES, LLC v. US

    The United States is ordered to respond to the motion no later than August 20, 2015 at 3:00 pm. Any reply in support of the motion is due no later than 12:00 pm, August 24, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

s31