NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSATLANTIC LINES, LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5130

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00689-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

Before LOURIE, O'MALLEY, and REYNA, *Circuit Judges.*

O'MALLEY, *Circuit Judge.*

**O R D E R**

TransAtlantic Lines, LLC moves to enjoin, pending this appeal, the United States from permitting Schuyler Line Navigation Company, LLC to commence performance of the disputed contract. The United States responds to the motion.

This court considers four factors in evaluating a motion for an injunction pending appeal: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent an injunction; (3) whether issuance of the injunction will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Se Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Without prejudicing the ultimate disposition of this case by a merits panel, we conclude based upon the papers submitted that TransAtlantic has not established the right to an injunction pending appeal.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26