# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-5130

TRANSATLANTIC LINES, LLC, v. UNITED STATES

### PLAINTIFF-APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)

Plaintiff-Appellant TransAtlantic Lines, LLC hereby certifies that it has complied with Federal Circuit Rule 11(d) concerning the Protective Order that is in effect in the above-cited district court matter number 15-cv-00689.

Dated:  September 16, 2015

Respectfully submitted,

<u>/s/ *Paul M. Honigberg*</u>
Paul M. Honigberg
Blank Rome LLP
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 772-5800
Honigberg@BlankRome.com

*Attorney for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I certify that, on this 16th day of September, 2015, a true and correct copy of the foregoing Plaintiff-Appellant's Certificate Of Compliance With Federal Circuit Rule 11(d) was served through the Court's CM/ECF filing system on Defendant's counsel of record, as follows:

> Mr. Alexander Sverdlov
> Mr. Steven M. Mager
> Commercial Litigation Branch
> United States Department of Justice
> Civil Division
> Post Office Box 480
> Washington, D.C. 20044
> Alexander.v.sverdlov@usdoj.gov
> Steven.mager@usdoj.gov

/s/ *Paul M. Honigberg*
Paul M. Honigberg
Blank Rome LLP
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 772-5800
Honigberg@BlankRome.com